UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENEE MODRICH,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC.,

    Defendant.
_____/

CASE NO. 6:11-cv-194-Orl-28KRS

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, RENEE MODRICH ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, BUREAU OF COLLECTION RECOVERY, INC. ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

VERIFIED COMPLAINT                       1

## PARTIES

5. Plaintiff is a natural person who resides in Orlando, Orange County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a company with a business office located in Eden Prairie, Minnesota.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C 1692a(5)*.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (See Exhibit A).

12. Defendant calls Plaintiff daily, between once to twice a day.

13. Defendant contacts Plaintiff from telephone numbers 407-329-3642, 619-374-0123, 619-374-0125, 619-374-0124, 407-278-7497, 407-329-3642, 407-278-7500, 619-374-0146, 202-607-2731, 202-607-2733, 800-317-7311.

14. Defendant calls Plaintiff on her cellular telephone at, 407-406-9327.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

15. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is the abuse and harassment of Plaintiff;

a) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

c) Defendant violated *§1692e(10)* of the FDCPA by using deceptive means to collect a debt because Defendant calls Plaintiff from eleven (11) different telephone numbers.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

16. Statutory damages of $1000.00, pursuant to the FDCPA, 15 U.S.C. 1692k.

17. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

18. Any other relief that this court deems to be just and proper.

Dated: February 3, 2011              RESPECTFULLY SUBMITTED,

By: _____
James Pacitti
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 x230
Fax:   (866) 802-0021
jpacitti@consumerlawcenter.com
Attorney for Plaintiff
FBN: 119768

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, RENEE MODRICH hereby demands trial by jury in this action.