UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENEE MODRICH,

                          CASE NO. 6:11-cv-00194-JA-KRS

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY,
INC.,

    Defendant.
_____/

## NOTICE OF BIFURCATED SETTLEMENT

NOW COMES the Plaintiff, RENEE MODRICH, by and through her attorneys, KROHN & MOSS, LTD., and Defendant, BUREAU OF COLLECTION RECOVERY, INC., by and through its counsel, and hereby informs the court that a bifurcated settlement in this matter has been reached as follows:

1. The parties have settled Plaintiff's substantive underlying claims for an agreed amount to be paid to Plaintiff.

2. Defendant has agreed not to contest Plaintiff's entitlement to Plaintiff's attorneys' fees and costs,

3. The parties have agreed for the court to retain jurisdiction to determine the reasonableness of the amount of Plaintiff's attorneys' fees and costs upon petition by Plaintiff.

                          RESPECTFULLY SUBMITTED,


                          By: /s/ Shireen Hormozdi
                          Shireen Hormozdi
                          FBN: 0882461
                          Krohn & Moss, Ltd.

10474 Santa Monica Blvd., Ste 401
Los Angeles, California 90025
(323) 988-2400 x 267
shormozdi@consumerlawcenter.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on **November 11, 2011**, with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to:

Mary Grace Dyleski, Esq.
Ernest (Skip) Kohlmyer, Esq.
**SOUTH MILHAUSEN, P.A.**
1000 Legion Place, Suite 1200
Orlando, FL 32801
Email: mdyleski@southmilhausen.com

Respectfully Submitted,

By: _/s/ Shireen Hormozdi_____
Shireen Hormozdi
FBN: 0882461
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste 401
Los Angeles, California 90025
(323) 988-2400 x 267
shormozdi@consumerlawcenter.com
Attorneys for Plaintiff