# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RENEE MODRICH,

                                    CASE NO. 6:11-cv-00194-JA-KRS

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC.,

    Defendant.

_____/

## **STIPULATION TO DISMISS CASE WITH PREJUDICE**

    Plaintiff, RENEE MODRICH, and Defendant, BUREAU OF COLLECTION RECOVERY, INC., through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED:  March 14, 2012                RESPECTFULLY SUBMITTED,

                                          KROHN & MOSS, LTD.

                                          By:  /s/ Shireen Hormozdi

                                          Shireen Hormozdi
                                          Krohn & Moss, Ltd
                                          10474 Santa Monica Blvd. Suite 401
                                          Los Angeles, CA 90025
                                          Tel: (323) 988-2400 x 267
                                          Fax: (866) 861-1390
                                          Email: shormozdi@consumerlawcenter.com
                                          Attorney for Plaintiff

DATED:  March 14, 2012	RESPECTFULLY SUBMITTED,

	SOUTH MILHAUSEN, P.A.


	By: /s/ *Mary Grace Dyleski*
		Ernest H. Kohlmyer
		Mary Grace Dyleski    FBN 0143383
		SOUTH MILHAUSEN, P.A.
		1000 Legion Place, Suite 1200
		Orlando, FL 32801
		(407) 539-1638
		(407) 539-2679 (fax)
		Email: mdyleski@southmilhausen.com

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party in this action. My business Address is 10474 Santa Monica Boulevard, Suite 401, Los Angeles, California 90025.

On March 14, 2012, I served the following documents: **STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

| | |
|---|---|
| Mary Grace Dyleski, Esq. | Attorneys for Defendant, |
| SOUTH MILHAUSEN, P.A. | BUREAU OF COLLECTION RECOVERY, |
| 1000 Legion Place, Suite 1200 | INC. |
| Orlando, FL 32801 | |

By the following means of service:

[ ]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[ ]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]  **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on March 14, 2012, at Los Angeles, California.

By: /s/ Shireen Hormozdi

Shireen Hormozdi