# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RENEE MODRICH,

        Plaintiff,

-vs-                        Case No. 6:11-cv-194-Orl-28KRS

BUREAU OF COLLECTION RECOVERY, INC.,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation to Dismiss Case with Prejudice (Doc. No. 27), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of March, 2012.

                                                     JOHN ANTOON II
                                                   United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party